**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FT. WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| **DANIEL CECIL ORR, II AND** | § | |
| **REBECCA PINKLETON ORR** | | |
| DEBTOR | § | **CASE NO. 26-43016-MXM7** |

**NOTICE OF APPEARANCE AND REQUEST FOR DUPLICATE NOTICE**
**COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO**
**BANKRUPTCY RULE 2002(a), (b) AND PLEADINGS PURSUANT TO**
**BANKRUPTCY RULES 3017(a) AND 9007**

Comes now MACKIE WOLF ZIENTZ & MANN, P.C., pursuant to Bankruptcy Rules 9010(b), 2002(a), (b), 3017(a), 9007 and files this Notice of Appearance and Demand for Service of Papers as Counsel for LONGBRIDGE FINANCIAL, LLC its successors and/or assigns, a secured creditor and party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorneys at the mailing address, fax number or e-mail address set forth below.

MACKIE WOLF ZIENTZ & MANN, P.C. additionally requests that the DEBTOR and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

26-000114-210-2

Respectfully submitted,

MACKIE WOLF ZIENTZ & MANN, P.C.
Parkway Office Center, Suite 900
14160 Dallas Parkway
Dallas, TX 75254
Phone: (214) 635-2650
Facsimile: (214) 635-2686
Email: Kjohnson@mwzmlaw.com

*/s/ Kelli Johnson*

Michael W. Zientz (Bar No. 24003232)
Jessica L. Holt (Bar No. 24078680)
Kelli Johnson (Bar No. 24053317)

Attorneys for LONGBRIDGE FINANCIAL, LLC

26-000114-210-2

## CERTIFICATE OF SERVICE

I, Kelli Johnson, hereby certify that a true and correct copy of the above and foregoing Notice of Appearance has been served on the following parties via fax, U.S. Mail, e-mail or ECF on July 10, 2026.

*/s/ Kelli Johnson*

Michael W. Zientz (Bar No. 24003232)
Jessica L. Holt (Bar No. 24078680)
Kelli Johnson (Bar No. 24053317)

Via ECF:
Clayton Everett
Attorney at law
515 E. Border St.
Arlington, TX 76010
Attorney for Debtor(s)

Via ECF:
Behrooz P. Vida
3000 Central Drive
Bedford, TX 76021
Chapter 7 Trustee

Via ECF:
US Trustee
Office of The United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75202

26-000114-210-2