Certificate Number: 17572-TXN-DE-041408867

Bankruptcy Case Number: 26-43016

17572-TXN-DE-041408867

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 4, 2026, at 11:43 o'clock AM PDT, Daniel C Orr II completed a course on personal financial management given by telephone by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date: September 4, 2026

By: /s/Dorianne Santiago

Name: Dorianne Santiago

Title: Counselor