BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Daniel Cecil Orr II | § | Case No.: 26−43016−mxm7 |
| Rebecca Pinkleton Orr | § | Chapter No.: 7 |
| Debtor(s) | § | |

## ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED: 10/8/26

FOR THE COURT:
Stephen J Manz, Clerk of Court